# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

CHURCHILL MORTGAGE CORPORATION

Plaintiff,

v.

JEFFREY MILLER,

Defendant.

Civil Action No. 3:25-cv-00765

Judge Trauger

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Having considered Plaintiff Churchill Mortgage Corporation's ("Plaintiff" or "Churchill") Application for Temporary Restraining Order, memorandum of law in support, and attorney verification ("Application"), and the Court having found that sufficient notice of the motion and application have been given and no additional notice is necessary, and good and sufficient cause appearing therefore, upon the entire record herein, it is hereby **ORDERED** and **DECREED** that the Application is **GRANTED** and the Court hereby further **ORDERS**:

1. Defendant is immediately enjoined from, directly or indirectly, soliciting any current Churchill employee, via any means, including text message, email, or other communication platforms: *to leave the plaintiff company or to join another entity;*

2. Within seven (7) days from the Entry of this Order, Defendant Jeffrey Miller ("Defendant") shall provide an affidavit setting forth all information and documentation it provided to Everett Financial *dba* Supreme Lending ("Supreme"), including any representative or agents of Supreme, regardless of the means Defendant provided the information to Supreme;

3. Defendant is ENJOINED from using, disclosing, or deleting any proprietary, confidential, or trade secret information of Churchill's, including compensation information and performance metrics of employees at Churchill;

4. Within seven (7) days of the entry of this Order, Defendant shall provide for inspection, data collection, and analysis to the jointly selected third-party forensic expert, all text messages sent or received by him in the last ninety (90) days, storage accounts and all email accounts and emails therein used by Defendant in the last ninety (90) days, as well as all information needed to access the email accounts, including user identification and passwords;

5. Within seven (7) days of the entry of this Order, Defendant shall return to counsel for Churchill any and all documents, electronic, or digital files prepared during, arising from, or containing information related to Churchill including, but not limited to, all originals and copies of such documents, and all computer diskettes, smart phones, flash drives, or other data storage media containing such information; and

6. Within seven (7) days of the entry of this Order, Defendant shall certify to Plaintiff's counsel that he has returned all information set forth in the above paragraphs, and that he has not retained any copies of such information regardless of the form of such information (*e.g.*, original document, hard copy of document, facsimile copy, electronic email or image).

Preliminary Injunction hearing scheduled for July 25, 2025 at 3:00 p.m. TRO conditioned upon posting of $5,000 surety bond.

Dated: _____ July 11 _____, 2025 at 4:30 p.m.

_____
UNITED STATES DISTRICT JUDGE

Approved for Entry:

*s/ Stephen H. Price*
Stephen H. Price, TN Bar No. 014658
JACKSON LEWIS, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
Office: (615) 565-1661
stephen.price@jacksonlewis.com

Lucas Markowitz, Esq. (*pro hac forthcoming*)
Sean Hennessy, Esq. (*pro hac forthcoming*)
Arielle Stephenson (*pro hac forthcoming*)
**MITCHELL SANDLER PLLC**
2020 K Street NW, Suite 760
Washington, DC 20006
Office: (202) 886-5260
lmarkowitz@mitchellsandler.com
shennessy@mitchellsandler.com
astephenson@mitchellsandler.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I certify that on July 11, 2025, the foregoing document was filed with the Clerk of the Court

for the United States District Court for the Middle District of Tennessee using the CM/ECF system.

Participants who are registered CM/ECF users will be served by the CM/ECF system.

William S. Rutchow
Tracey A. Kinslow
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
william.rutlow@ogletreedeakins.com
tracey.kinslow@ogletreedeakins.com

*/s/ Stephen H. Price*
Stephen H. Price

4903-6880-1621, v. 1

3