

Lucas Markowitz, Partner
lmarkowitz@mitchellsandler.com

February 19, 2026

**VIA CM/ECF**
Honorable Aleta A. Trauger
United States District Court
Middle District of Tennessee
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street, Suite 1300
Nashville, TN 37203

      Re:    *Churchill Mortgage Corporation v. Jeffrey Miller*
             United States District Court for the Middle District of Tennessee
             Case No. 3:25-cv-00765

Dear Judge Trauger,

      This firm represents Plaintiff Churchill Mortgage Corporation ("Churchill") in the above-referenced matter. Per the Court's Order (Dkt. 56), I write to advise that Churchill has postponed the mediation scheduled for February 26, 2026.

      Today, Churchill learned that Andrew Edwards—a recruiter Defendant Jeffrey Miller ("Defendant" or "Miller") originally hired at Churchill and was recently hired to join him at Supreme Lending to help Miller recruit—solicited Churchill's second largest producer via text message. This is a direct violation of the injunction this Court entered at the outset of this case.

      Churchill cannot negotiate a resolution in good faith while Defendant continues to engage in the very conduct this Court has enjoined. Churchill remains willing to resolve this matter, but not while violations continue unabated.

      Thus, Churchill will now work with Defendant's counsel to come up with a new scheduling order and will remain open to mediation in the future.

Sincerely,

Lucas Markowitz, Esq.

cc:    William S. Rutchow
       Morgan T. Cage
       *Attorneys for Defendant Jeffrey Miller*

MITCHELL SANDLER PLLC
2020 K Street, NW
Suite 760
Washington, DC 20006
T. 202.886.5260
mitchellsandler.com