IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CHURCHILL MORTGAGE CORPORATION<br><br>                Plaintiff,<br><br>   v.<br><br>JEFFREY MILLER,<br><br>                Defendant. | Civil Action No. 3:25-cv-00765<br><br>Judge Aleta A. Trauger |

## DEFENDANT'S MOTION TO STRIKE AND FOR SANCTIONS[1]

On February 20, 2026, Plaintiff's counsel, Lucas Markowitz, submitted a letter to Judge Trauger. Doc. No. 57. This letter purports to explain Plaintiff's unilateral decision to cancel the mediation scheduled for February 26, 2026 – a mediation Plaintiff and Defendant agreed upon mere days ago. The letter offers misleading, impertinent, unsupported allegations as the basis for seeking to cancel the mediation. These allegations do not adequately explain Plaintiff's actions, even if they were true (which they are not). Plaintiff's counsel's actions regarding this mediation, culminating in the filing of this letter, have unreasonably multiplied these proceedings. As more fully set forth in the accompanying memorandum of support, Defendant requests that the Court strike Plaintiff's counsel's letter and order mediation.

Defendant also requests that the Court impose sanctions on Plaintiff's counsel pursuant to 28 U.S.C. § 1927. Section 1927 authorizes the Court to order an attorney to pay any excess costs,

---

[1] Pursuant to Local Rule 7.01(a), undersigned counsel conferred with counsel for Plaintiff prior to filing this motion. Plaintiff opposes this motion.

expenses, and attorneys' fees reasonably incurred because of the attorney's conduct that unreasonably multiplies the proceedings in any case.

WHEREFORE, Defendant respectfully requests that the Court strike Plaintiff's counsel's letter and impose sanctions against Plaintiff's counsel.

Dated this the 20th day of February 2026.

Respectfully submitted,

*/s/ William S. Rutchow*
William S. Rutchow, TN #017183
Morgan T. Cage, TN #042357
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
615-254-1900 (telephone)
william.rutchow@ogletreedeakins.com
morgan.cage@ogletreedeakins.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th February 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Courts' electronic filing system upon all registered participants.

Stephen H. Price
JACKSON LEWIS, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
stephen.price@jacksonlewis.com

Lucas Markowitz (*pro hac vice*)
Sean Hennessy (*pro hac vice*)
Arielle Stephenson (*pro hac vice*)
MITCHELL SANDLER PLLC
2020 K. Street NW, Suite 760
Washington, DC 20006
lmarkowitz@mitchellsandler.com
shennessy@mitchellsandler.com
astephenson@mitchellsandler.com

>*/s/ William S. Rutchow*
> William S. Rutchow