IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CHURCHILL MORTGAGE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MILLER,<br><br>Defendant. | Civil Action No. 3:25-cv-00765<br><br>Judge Aleta A. Trauger |

## PLAINTIFF CHURCHILL MORTGAGE CORPORATION'S MOTION FOR CONTEMPT[1]

Plaintiff Churchill Mortgage Corporation ("Plaintiff or Churchill"), by and through undersigned counsel, respectfully moves this Court for entry of an Order finding Defendant Jeffery Miller ("Defendant" or "Miller") in civil contempt for the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference and enter an Order that:

1. Defendant be found in civil contempt for violating the Agreed Preliminary Injunction (Doc. No. 21);

2. Andrew Edwards be expressly bound by the Agreed Preliminary Injunction as a person acting in active concert or participation with Defendant pursuant to Fed. R. Civ. P. 65(d)(2)(C);

3. Defendant pay Churchill's attorneys' fees and costs associated with bringing this Motion;

---

[1] Pursuant to Local Rule 7.01(a), undersigned counsel conferred with counsel for Defendant prior to filing this motion. Defendant opposes this motion.

4. Defendant shall pay Churchill's attorneys' fees and costs incurred in connection with the discovery that led to identifying the violations of the Agreed Preliminary Injunction;

5. Defendant, his agents, and anyone acting in concert with Defendant are prohibited from contacting any Churchill employee for the purpose of soliciting them to leave Churchill or join a competitor;

6. Defendant must, within one week of this Order, provide to Plaintiff all unprivileged text message and email communications between himself and Andrew Edwards from June 1, 2025 to the present;

7. Defendant must, within one week of this Order, produce to Plaintiff all communications, whether direct or through any intermediary, with any current or former Churchill employee from July 21, 2025 to the present;

8. Defendant must, within one week of this Order, submit a sworn affidavit identifying: (a) all persons he has directed, encouraged, or requested to contact Churchill employees since July 21, 2025; (b) all Churchill employees who have been contacted at his direction; and (c) a certification of his compliance with the Agreed Preliminary Injunction going forward;

9. The non-solicitation period set forth in the Agreed Preliminary Injunction be extended for an additional twelve months until February 17, 2027, as a consequence of Defendant's contempt; and

10. Granting Churchill any other such further relief as the Court may deem just, equitable, and proper.

Dated: March 6, 2026

Respectfully submitted,

/s/ Lucas A. Markowitz
Lucas A. Markowitz, Esq. (admitted *pro hac vice*)

Sean Hennessy, Esq. (admitted *pro hac vice*)
Arielle Stephenson (admitted *pro hac vice*)
**MITCHELL SANDLER PLLC**
2020 K Street NW, Suite 760
Washington, DC 20006
Office: (202) 886-5260
lmarkowitz@mitchellsandler.com
shennessy@mitchellsandler.com
astephenson@mitchellsandler.com

Stephen H. Price, TN Bar No. 014658
**JACKSON LEWIS, P.C.**
611 Commerce Street, Suite 2803
Nashville, TN 37203
Office: (615) 565-1661
stephen.price@jacksonlewis.com
*Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, the foregoing *Churchill Mortgage Corporation's Motion for Contempt* was filed with the Clerk of the Court for the United States District Court for the Middle District of Tennessee using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Lucas A. Markowitz*
Lucas A. Markowitz, Esq.
