# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

|  |  |
|---|---|
| CHURCHILL MORTGAGE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MILLER,<br><br>Defendant. | Civil Action No. 3:25-cv-00765<br><br>Judge Aleta A. Trauger |

## DECLARATION OF LUCAS MARKOWITZ

I, Lucas Markowitz, being of lawful age, declare as follows:

1.      I represent Plaintiff Churchill Mortgage Corporation ("Churchill") in the above referenced matter. I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify competently to the truth of the facts set forth in this declaration. I make this declaration in support of Plaintiff's Motion for Contempt

2.      I am currently a Partner at the law firm Mitchell Sandler PLLC, a Washington, D.C. law firm. I am Lead Counsel in this matter.

3.      On July 21, 2025, the Court entered the Agreed Preliminary Injunction (Dkt. No. 21). The Agreed Preliminary Injunction Order required that Jefferey Miller ("Defendant" or "Miller") "permit inspection by a third-party forensic firm of his personal cellular telephone and personal email account for any electronically stored information belonging to Churchill." (*Id.*)

4.      On January 22, 2026, Churchill received the documents from the third-party forensic examination, which included a PDF document with the "Native Messages chat" between Jeffery Miller and Jeremy Ask, Vice President of Finance and Analytics at Supreme, on June 3,

2025 ("Miller Text Messages"). A true and correct copy of the Miller Text Messages is attached hereto as Exhibit A.

5.      On March 6, 2026, I reviewed Supreme Lending's September 16, 2025, Instagram Post, which states "[w]'re excited to welcome Richard Hoxworth to Supreme Lending as our newest Branch Manager!" A true and correct copy is attached hereto as Exhibit B.

6.      On March 6, 2026, I reviewed Andrew Edwards' LinkedIn profile page. A true and correct copy is attached hereto as Exhibit C.

7.      On March 6, 2026, I reviewed Supreme Lending's LinkedIn post, which states "[w]'e're adding a fresh spark of creativity to the team — say hello to Andrew Edwards, our new Sales Growth Strategist!" A true and correct copy is attached hereto as Exhibit D.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Lucas Markowitz

Executed this 6th day of March, 2026.

# EXHIBIT A

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 16 | Date Range: 6/3/2025 |

## Outline of Conversations

 **Native Messages chat (+14697858627) : [Miller, Jeff (+15039369257),Jeremy Ask (+14697858627)]** ·
16 messages on 6/3/2025 · Jeremy Ask (+14697858627) · Miller, Jeff (+15039369257)

ATTORNEY'S EYES ONLY–SUBJECT TO PROTECTIVE ORDER                    VOL0000175

💬 **Native Messages chat (+14697858627) : [Miller, Jeff (+15039369257),Jeremy Ask (+14697858627)]**

JM    **Miller, Jeff (+15039369257)**          ▶ 6/3/2025, 9:08 AM
Just took off

JA    **Jeremy Ask (+14697858627)**          ◀ 6/3/2025, 9:09 AM
Do you know a Richard Hoxworth. Churchhill guy in Waco

JM    **Miller, Jeff (+15039369257)**          ▶ 6/3/2025, 9:11 AM
He's new he came with bill harp

JM    **Miller, Jeff (+15039369257)**          ▶ 6/3/2025, 9:11 AM
I know bill

JM    **Miller, Jeff (+15039369257)**          ▶ 6/3/2025, 9:12 AM
How can I help?

JA    **Jeremy Ask (+14697858627)**          ◀ 6/3/2025, 9:32 AM
Ok. Just wondering for any intel. Maybe don't text Bill if this isn't public info

JM    **Miller, Jeff (+15039369257)**          ▶ 6/3/2025, 9:33 AM
Liked "Ok. Just wondering for any intel. Maybe don't text Bill if this isn't public info"

JM    **Miller, Jeff (+15039369257)**          ▶ 6/3/2025, 9:34 AM
Did Richard communicate that he was having a hard time making transition?

JM    **Miller, Jeff (+15039369257)**          ▶ 6/3/2025, 9:34 AM
I won't say anything

JA    **Jeremy Ask (+14697858627)**          ◀ 6/3/2025, 9:34 AM
I haven't met with him yet

JM    **Miller, Jeff (+15039369257)**          ▶ 6/3/2025, 9:36 AM
Liked "I haven't met with him yet "

JM    **Miller, Jeff (+15039369257)**          ▶ 6/3/2025, 9:40 AM
He started 4/8 no applications 🙂

JA    **Jeremy Ask (+14697858627)**          ◀ 6/3/2025, 9:44 AM
77066184682__5A931AAF-9AF0-4A58-8499-0D1B2C66718F.heic

*Attachment: 77066184682__5A931AAF-9AF0-4A58-8499-0D1B2C66718F.heic (2 MB)*

JA    **Jeremy Ask (+14697858627)**          ◀ 6/3/2025, 9:44 AM
MMI has him finding ~$26M over the last 14 months.

JA    **Jeremy Ask (+14697858627)**          ◀ 6/3/2025, 9:44 AM
Mostly with churchhill

JM    **Miller, Jeff (+15039369257)**          ▶ 6/3/2025, 9:51 AM
That's prob accurate the last reporting I saw from lone star region is what it was called had had any apps or production .. but Churchill's reporting and analytics were not accurate and maybe he was not listed in that region. ??

ATTORNEY'S EYES ONLY–SUBJECT TO PROTECTIVE ORDER          VOL0000176

ATTORNEY'S EYES ONLY–SUBJECT TO PROTECTIVE ORDER

VOL0000177

# EXHIBIT B

# Instagram

Log In

Sign Up



supremelendinghq · Follow

supremelendinghq 24w
We're excited to welcome Richard Hoxworth to Supreme Lending as our newest Producing Branch Manager!

Richard brings a reputation for integrity, leadership, and putting people first—values that align perfectly with our culture. His passion for helping others succeed is already making an impact, and we can't wait to see what he builds here.

Drop a comment to help us give him a warm Supreme welcome! 🌟

#TeamSupreme #WelcomeAboard #PeopleFirst #EnrichingLives #SupremeLending

mortgages with mariah 24w

2

September 16, 2025

Log in to like or comment.

More posts from **supremelendinghq**



# Instagram

Log In    Sign Up



See more posts

Meta    About    Blog    Jobs    Help    API    Privacy    Consumer Health Privacy    Terms    Locations    Instagram Lite    Meta AI    Threads
Contact Uploading & Non-Users    Meta Verified

English    © 2026 Instagram from Meta

# EXHIBIT C




# seek.

A social media management company creating custom content for small and mid-sized mortgage companies.



## Andrew Edwards ✅ · 3rd

Founder/Owner of Seek - Helping mortgage (and other) brands grow with authentic, on-brand content. In-house level service at a fraction of the cost - no contracts, no commitments.

seek. · Seek Social


· Oregon State University

Boise Metropolitan Area · Contact info

Book A Free Consultation 🔗

6,312 followers · 500+ connections

Follow   **Message**   More

---

## About

I am a passionate and results-driven with a proven knack for propelling business growth through the art of strategic branding, ingenious content strategies, and adept team leadership. I possess a well-honed skill set that encompasses orchestrating winning marketing campaigns, fostering seamless cross-functional collabo ...see more

---

## Activity

6,312 followers

+ Follow

Posts   Comments   Videos   Images



**Andrew Edwards** ✅ · 3rd+
Founder/Owner of Seek - Helping mortga...
1d · 🌐

Sometimes the most valuable thing we can do is disrupt our normal routines. ...more

1/2

with Jenn

♥💙 8 · 1 comment

**Andrew Edwa...**
Founder/Owner of...
1w · 🌐

My oldest was recently a...
incoming middle schoole...
confident, clear, and total...

❤👍👏 12



Show all posts →

## Experience

 **Founder/Owner**
Seek Social · Self-employed
Nov 2023 - Present · 2 yrs 5 mos
Boise, Idaho, United States · Remote

A social media management company focused on helping small- and mid-sized mortgage companies grow with custom and on-brand con ...see more

◈ Social Media Marketing, Content Strategy and +3 skills

 Seek Social Media Management
A social media management company creating custom content for small and mid-sized mortgage companies....

 **Sales Growth Strategist**
Supreme Lending · Full-time
Sep 2025 - Present · 7 mos
Boise, Idaho, United States · Remote

◈ Brand Marketing, Marketing Strategy and +2 skills

 **Director of Marketing**
The Mortgage Collaborative · Full-time
Mar 2024 - Mar 2025 · 1 yr 1 mo
Boise, Idaho, United States · Remote
in helped me get this job

◈ Brand Identity, Social Media and +2 skills

 **Churchill Mortgage Corporation NMLS # 1591**
Full-time · 4 yrs 7 mos

**Sr. Director, Regional Marketing & Business Development**
Nov 2022 - Aug 2023 · 10 mos
Boise, Idaho, United States

I have orchestrated the development and empowerment of a high-performing team dedicated to bolstering our national sales obje ...see more

◈ Leadership, Brand Identity and +30 skills

**Director of Marketing, NW Region**
Feb 2019 - Nov 2022 · 3 yrs 10 mos
Lake Oswego, Oregon, United States

I spearheaded a talented regional marketing team, steering them towards exceptional results while fostering innovation and a collaborative ...see more

◈ Visual Communication, Leadership and +26 skills

 **Marketing Manager**
Directors Mortgage
Oct 2014 - Feb 2019 · 4 yrs 5 mos
Lake Oswego, Oregon, United States

With a focus on upholding brand integrity across 18 locations in Oregon and Washington, I collaboratively crafted and executed personali ...see more

♢ Visual Communication, Leadership and +23 skills

Show all 7 experiences →

## Education


**Oregon State University**
Bachelor of Fine Arts - BFA, Graphic Design
2010

♢ Communication

## Skills

**Pitch Books**

 3 experiences across Churchill Mortgage Corporation NMLS # 1591 and 1 other company

**Business-to-Business (B2B)**

 3 experiences across Churchill Mortgage Corporation NMLS # 1591 and 1 other company

Show all 48 skills →

## Recommendations

**Received** · Given


**Ben Delery** · 3rd
National Production Support at Churchill Mortgage Corporation NMLS # 1591
August 24, 2023, Ben worked with Andrew on the same team

I have had the privilege of knowing Andrew for the past five years. In that time I have had the opportunity to observe how he handles situations, both difficult and ideal. He has consistently demonstrated a steady hand, and has always been the same person through the good and bad.
For the past 2 1/2 years I had the distinct pleasure of being Andrews colleague, and in that time, had many opportunities to observe not only his consistency, but also the talent that he brings to everything he touches. Andrew possesses a keen eye for design, and detail, to the degre ...see more


**MacKenzie Legg** · 3rd
Sr. Product Design Consultant @ CGI | Masters in UX Design
July 22, 2020, MacKenzie reported directly to Andrew

Andrew was my manager for 4 years, during that time he was also my mentor and friend. Andrew is one of the most creative marketing professionals I have met so far in my career. His out of the box ideas and creative vision for our department completely transformed the culture and business at Directors Mortgage. It's clear to me that the company would not be where it is without his efforts. Andrew would be a fantastic addition to any marketing team.

## Interests

**Top Voices** · Companies · Groups · Newsletters · Schools


**Jay Clouse** [in] · 3rd
Founder of Creator Science — Education for professional creators • Investor in Kit, Carry, Kick, Maven, Gumroad, Beast Industries
59,922 followers

 + Follow

www.linkedin.com/in/andrewj-
edwards (LinkedIn)
www.seekfirstsocial.com
(Company)

## Top Skills

Pitch Books

Business-to-Business (B2B)

Attention to Detail

# Andrew Edwards

Founder/Owner of Seek - Helping mortgage (and other) brands grow with authentic, on-brand content. In-house level service at a fraction of the cost - no contracts, no commitments.

Boise Metropolitan Area

## Summary

I am a passionate and results-driven with a proven knack for propelling business growth through the art of strategic branding, ingenious content strategies, and adept team leadership. I possess a well-honed skill set that encompasses orchestrating winning marketing campaigns, fostering seamless cross-functional collaborations, and utilizing the power of data-driven insights to consistently achieve remarkable, quantifiable results. My journey boasts a wealth of experience in cultivating high-performing teams, nurturing invaluable stakeholder relationships, and masterfully leveraging the realm of brand management to decisively augment market presence.

Core Competencies:
Brand Management
Branding Content Strategy
Project Management
Team Leadership
Campaign Development
Sales Collaboration
Annual Marketing Planning
Growth Marketing
Stakeholder Presentations
Strategic Alignment
Analytics and Reporting
Marketing Insights
Vendor Management
Contract Negotiations
Relationship Building
Communication

I'm recognized for my skill in delivering captivating presentations and my innate ability to synchronize marketing endeavors seamlessly

with overarching business objectives. My approach is deeply rooted in forging impactful collaborations with sales teams, delivering a panoramic perspective essential for navigating the realm of growth marketing, and adeptly presenting concepts to stakeholders. Beyond my marketing acumen, I'm highly proficient in analytics, reporting, vendor management, and the art of persuasive contract negotiations. All of these proficiencies are underpinned by my innate talent for forging strong connections and effective communication strategies.

Let's connect and collaborate to harness the true potential of marketing magic together!

―――――

## Experience

### Seek Social
Founder/Owner
November 2023 - Present (2 years 5 months)
Boise, Idaho, United States

A social media management company focused on helping small- and mid-sized mortgage companies grow with custom and on-brand content. Our clients receive an in-house experience without the investment or commitment.

No contracts.
No commitments.
No huge agency fees.

Simply everything you want for your brand and nothing that you don't.

### Supreme Lending
Sales Growth Strategist
September 2025 - Present (7 months)
Boise, Idaho, United States

### The Mortgage Collaborative
Director of Marketing
March 2024 - March 2025 (1 year 1 month)
Boise, Idaho, United States

### Churchill Mortgage Corporation NMLS # 1591
4 years 7 months

### Sr. Director, Regional Marketing & Business Development
November 2022 - August 2023 (10 months)
Boise, Idaho, United States

I have orchestrated the development and empowerment of a high-performing team dedicated to bolstering our national sales objectives. By providing mentorship, coaching, and fostering professional growth, I've supported the team's success. My collaboration with the national sales team has yielded expert insights, propelling personalized marketing, branding, and business development strategies that drive unparalleled sales outcomes. Quarterly collaboration with the marketing team has shaped our regional efforts, content strategies, training initiatives, and expansion projects, all aimed at amplifying our market presence.

### Director of Marketing, NW Region
February 2019 - November 2022 (3 years 10 months)
Lake Oswego, Oregon, United States

I spearheaded a talented regional marketing team, steering them towards exceptional results while fostering innovation and a collaborative culture in support of our regional sales objectives. My passion for strategic branding was showcased through the creation and execution of a comprehensive branding strategy that amplifies Churchill Mortgage's products, services, and brand identity across the Northwest Region. My expertise in integrated marketing campaigns resulted in resonant engagement across platforms, including web, SEO, SEM, and social media.

### Directors Mortgage
Marketing Manager
October 2014 - February 2019 (4 years 5 months)
Lake Oswego, Oregon, United States

With a focus on upholding brand integrity across 18 locations in Oregon and Washington, I collaboratively crafted and executed personalized marketing strategies in close partnership with 80+ sales team members, ensuring a harmonious alignment of individual brands. My leadership encompassed mentorship and management of the marketing team, driving project success within a collaborative environment. Through data-driven insights, I orchestrated multi-regional, multi-channel campaigns that deeply engaged target audiences, while my strategic planning allocated resources adeptly within budget, identifying growth opportunities based on market trends. The management of websites for both wholesale and retail divisions further showcased my digital acumen. By fostering open communication and facilitating coaching sessions, I empowered sales team members to enhance

their distinct business strategies. My approach emphasized unity across departments and seamless collaboration, enhancing overall effectiveness and achieving shared goals.

## Rivermark Community Credit Union
Graphic Designer and Marketing Coordinator
March 2011 - September 2014 (3 years 7 months)
Beaverton, Oregon, United States

I meticulously crafted visually captivating digital assets for web and email communications, ensuring seamless alignment with the Credit Union's brand and objectives. My role extended to delivering compelling graphical content across diverse social media platforms, significantly elevating engagement and brand presence. I demonstrated versatility by designing multi-channel campaign materials, encompassing print, digital ads, brochures, and more. In pursuit of design excellence, I established and implemented graphic templates and standards, streamlining the creative process. By adhering to brand guidelines and expertly utilizing color palettes and typefaces, I maintained brand consistency. My proficiency extended to video production and editing, with interactive media for the Credit Union's digital platforms. Additionally, I enhanced marketing materials' visual appeal and engagement through innovative animations and special effects elements.

———

# Education

## Oregon State University
Bachelor of Fine Arts - BFA, Graphic Design · (2010)

# **EXHIBIT D**



### Supreme Lending's Post

**Supreme Lending**
19,842 followers
5mo · Edited

We're adding a fresh spark of creativity to the team — say hello to Andrew Edwards, our new Sales Growth Strategist!

With over a decade of experience in mortgage marketing—and a background in graphic design—he brings an original, strategic eye to everything he does.

Based in Boise, Andrew's not only passionate about building great things with great people, but also gives back by coaching baseball at his kids' school.

Here's to what we'll build together! 💥

Drop a comment to help us welcome him to the team! 🤜

#SupremeLending #SalesGrowth #MortgageMarketing #WelcomeToTheTeam #TeamSupreme



23 · 1 Comment

👍 Like　　　💬 Comment　　　↗ Share

**Sarah Middleton**　　　　　5mo
Welcome Andrew!

👍 Like · 💬 Reply

To view or add a comment, **sign in**



19,842 followers

View Profile    + Connect

## Explore content categories

Career    Productivity    Finance    Soft Skills & Emotional Intelligence    Project Management

Education

Show more ⌄

**Linked** in © 2026

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language ⌄