# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

CHURCHILL MORTGAGE CORPORATION

Plaintiff,

v.

JEFFREY MILLER,

Defendant.

Civil Action No. 3:25-cv-00765

Judge Aleta A. Trauger

## DECLARATION OF SHEREE BARTLETT

I, Sheree Bartlett, being of lawful age, declare as follows:

1. I am the full age of majority and competent to testify to the facts stated herein.

2. I am the Chief Human Resources Officer at Churchill Mortgage Corporation ("Churchill").

3. I have personal knowledge of the facts stated here in.

4. Jeffrey Miller ("Miller") worked at Rivermark Community Credit Union from 2012 to 2014. He then worked at Directors Mortgage from 2014 to 2019.

5. Andrew Edwards ("Edwards") worked at Rivermark Community Credit Union from 2011 to 2014. He then worked at Directors Mortgage as the Marketing Manager from 2014 to 2019. At Director's Mortgage, Miller was Edwards' supervisor.

6. Miller was hired at Churchill in 2019 as the Vice President of the Northwest Region. Miller brought Edwards with him to Churchill as part of his team.

7. At Churchill, Edwards was the Marketing Program Manager, NorthWest Region and then later became the Sr. Director, Regional Marketing & Business Development. In this

position, Edwards helped recruit and coach loan officers under Miller's direct supervision. Edwards also worked with all of the loan officers within the region on their marketing programs and plans under Miller's direct supervision.

8. Edwards' employment was terminated by Churchill in August 2023 due to the downturn in the market.

9. Miller's employment was terminated by Churchill on May 21, 2025.

10. Miller was then hired by Supreme Lending on or around June 4, 2025.

11. Edwards joined Supreme Lending on or around September 2025.

12. On February 17, 2026, Edwards sent a text message to Andrew Wagner ("Edwards' Text Message"). Wagner is a Branch Manager for Churchill based out of Baltimore, Maryland. Wagner is the second-highest-producing loan officer at Churchill.

13. On February 19, 2026, Wagner forwarded Edwards' Text Message to Benjamin Delery, National Production Support at Churchill. That same day, Delery emailed a copy of Edwards' Text Message to Matt Clarke, President and CEO of Churchill. Edwards' Text Message to Wagner stated:

> Today 6:07 AM
>
> Andrew! Saw some Orioles highlights last night and made me think of you. One of my favorite nights at that game together!
>
> I've been running my own business the last couple years but I also teamed up with Supreme Lending recently. Would be awesome to work together again! Let me know if you'd be open to a conversation just to explore what the benefits could be!
>
> The above was received by Andrew Wagner from Andrew Edwards

14. On February 27, 2026, Churchill's Human Resources Department requested that Wagner provide a copy of Edwards' Text Message, which he complied with.

I declare under penalty of perjury pursuant to 28 U.S. Code § 1746 that the foregoing is true and correct.

Executed this 5th day of March, 2026.

_____
Sheree Bartlett

3

Case 3:25-cv-00765   Document 63-3   Filed 03/06/26   Page 4 of 4 PageID #: 662