# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CHURCHILL MORTGAGE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MILLER,<br><br>Defendant. | Civil Action No. 3:25-cv-00765<br><br>Judge Aleta A. Trauger |

## DECLARATION OF BENJAMIN DELERY

I, Benjamin Delery, being of lawful age, declare as follows:

1. I am the full age of majority and competent to testify to the facts stated herein.

2. I have personal knowledge of the facts stated here in.

3. I work at Churchill Mortgage Corporation ("Churchill"), and I am part of Churchill's production leadership team with the title of National Production Support.

4. On February 19, 2026, Andrew Wagner ("Wagner"), Branch Manager for Churchill, sent me a text message at approximately 6:00 AM. The text message included a copy and paste of a text message Andrew Edwards ("Edwards") sent to Wagner on February 17, 2026 (the "Text Message"). Wagner included an explanation that "[t]he above was received by Andrew Wagner from Andrew Edwards." The Text Message from Edwards stated:

> Today 6:07 AM
>
> Andrew! Saw some Orioles highlights last night and made me think of you. One of my favorite nights at that game together!
>
> I've been running my own business the last couple years but I also teamed up with Supreme Lending recently. Would be awesome to work together again! Let me know if you'd be open to a conversation just to explore what the benefits could be!
>
> The above was received by Andrew Wagner from Andrew Edwards

5. That same day, I forwarded the Text Message to Matt Clarke, President and CEO of Churchill.

I declare under penalty of perjury pursuant to 28 U.S. Code § 1746 that the foregoing is true and correct.

Executed this 5th day of March, 2026.

*Benjamin Delery*
Benjamin Delery