IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHURCHILL MORTGAGE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) Case No. 3:25-cv-765 |
| v. | ) ) Judge Aleta A. Trauger |
| JEFFREY MILLER, | ) ) |
| Defendant. | ) ) ) |

## ORDER

It is hereby ORDERED that the parties shall immediately reschedule the mediation before Michael Russell and inform the court of the date on which the mediation has been reset. Any fees assessed by mediator Michael Russell for the cancelling and rescheduling of the mediation shall be paid by the plaintiff.

The defendant's Motion to Strike and for Sanctions (Doc. No. 58), to which no timely response has been filed, is DENIED, except to the extent ordered herein. The Request for Status Conference (Doc. No. 60) is DENIED. The plaintiff's motions filed on March 6, 2026 (Doc. Nos. 61-63) will be held in abeyance.

Plaintiff's counsel is informed that this court does not operate through letters to the court. Any relief requested must be in the form of a motion.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge