# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

CHURCHILL MORTGAGE CORPORATION

        Plaintiff,

    v.

JEFFREY MILLER,

        Defendant.

Civil Action No. 3:25-cv-00765

Judge Aleta A. Trauger

## JOINT STATUS REPORT REGARDING MEDIATION

On March 9, 2026, the Court ordered the parties to immediately reschedule mediation before Michael Russell and inform the Court of the date on which the mediation was reset. In working to reset the mediation, Mr. Russell's first available dates on which all parties and counsel were available were in July, 2026. The parties conferred and agreed to seek an earlier date with an alternate mediator. The parties have set mediation on April 21, 2026 with Gail Ashworth.

The parties will report whether the case is resolved at mediation upon conclusion of the mediation.

Dated: March 20, 2026

Respectfully submitted,


*/s/ William S. Rutchow*
William S. Rutchow, TN Bar No. 017183
Morgan T. Cage, TN Bar No. 042357
**OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.**
Trust Plaza 401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Tel: (615) 254-1900
william.rutchow@ogletreedeakins.com
morgan.cage@ogletreedeakins.com

***ATTORNEYS FOR DEFENDANT***


*/s/ Lucas A. Markowitz w/permission*
Lucas A. Markowitz, Esq. (admitted *pro hac vice*)
Sean Hennessy, Esq. (admitted *pro hac vice*)
Arielle Stephenson (admitted *pro hac vice*)
**MITCHELL SANDLER PLLC**
2020 K Street NW, Suite 760
Washington, DC 20006
Office: (202) 886-5260
lmarkowitz@mitchellsandler.com
shennessy@mitchellsandler.com
astephenson@mitchellsandler.com

*/s/ Stephen H. Price w/permission*
Stephen H. Price, TN Bar No. 014658
**JACKSON LEWIS, P.C.**
611 Commerce Street, Suite 2803
Nashville, TN 37203
Office: (615) 565-1661
stephen.price@jacksonlewis.com

***ATTORNEYS FOR PLAINTIFF***

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 20th day of March 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Courts' electronic filing system upon all registered participants.

Stephen H. Price
JACKSON LEWIS, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
stephen.price@jacksonlewis.com

Lucas Markowitz (*pro hac vice*)
Sean Hennessy(*pro hac vice*)
Arielle Stephenson (*pro hac vice*)
MITCHELL SANDLER PLLC
2020 K. Street NW, Suite 760
Washington, DC 20006
lmarkowitz@mitchellsandler.com
shennessy@mitchellsandler.com
astephenson@mitchellsandler.com

*/s/ William S. Rutchow*
William S. Rutchow

3