CHURCHILL MORTGAGE CORPORATION

Plaintiff,

v.

JEFFREY MILLER,

Defendant.

Civil Action No. 3:25-cv-00765

Judge Aleta A. Trauger

## JOINT MOTION TO DISMISS AND FOR OTHER RELIEF

Plaintiff Churchill Mortgage Corporation and Defendant Jeffrey Miller (the "Parties") have entered into a Settlement Agreement and Release of Claims resolving all claims and counterclaims asserted in this action, and the settlement payment contemplated by that agreement has been made in full.

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), and in accordance with the terms of the settlement agreement, the Parties jointly move for dismissal of all claims and counterclaims in this action WITH PREJUDICE, with each Party to bear its own attorneys' fees and costs.

The Parties further jointly request that the Court dissolve the stipulated injunction entered at ECF No. 20, which was extended by joint motion of the Parties on May 15, 2026. The injunction is no longer necessary in light of the Parties' settlement.

The Parties further jointly request that the Court order the return to Churchill Mortgage Corporation of the $5,000.00 cash surety bond posted by Churchill Mortgage Corporation on July

1

16, 2026 (ECF No. 19), together with any accrued interest, and direct the Clerk of Court to disburse those funds to Churchill through its counsel.

WHEREFORE, the Parties respectfully request that the Court grant this motion, dismiss all claims and counterclaims in this action with prejudice and without an award of fees or costs to any Party, dissolve the stipulated injunction entered at ECF No. 20, order the return of the $5,000.00 cash surety bond to Churchill, and direct the Clerk of Court to close the case. A proposed order is submitted herewith.

Dated: July 30, 2026

Respectfully submitted,

*/s/ Lucas A. Markowitz*
Lucas A. Markowitz, Esq. (admitted *pro hac vice*)
Sean Hennessy, Esq. (admitted *pro hac vice*)
Arielle Stephenson (admitted *pro hac vice*)
**MITCHELL SANDLER PLLC**
2020 K Street NW, Suite 760
Washington, DC 20006
Office: (202) 886-5260
lmarkowitz@mitchellsandler.com
shennessy@mitchellsandler.com
astephenson@mitchellsandler.com

Stephen H. Price, TN Bar No. 014658
**JACKSON LEWIS, P.C.**
611 Commerce Street, Suite 2803
Nashville, TN 37203
Office: (615) 565-1661
stephen.price@jacksonlewis.com

***ATTORNEYS FOR PLAINTIFF***

*/s/ William S. Rutchow*
William S. Rutchow, TN Bar No. 017183
**OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.**
Trust Plaza 401 Commerce Street, Suite 1200
Nashville, TN 37219-2446

2

Tel: (615) 254-1900
william.rutchow@ogletreedeakins.com

***ATTORNEYS FOR DEFENDANT***

3

**CERTIFICATE OF SERVICE**

I certify that this day I served a copy of the foregoing document on all attorneys of record through the Court's CM/ECF system.

Respectfully submitted this 30th day of July, 2026.

*/s/ Lucas A. Markowitz*
Lucas A. Markowitz

4