CHURCHILL MORTGAGE CORPORATION

          Plaintiff,

    v.

JEFFREY MILLER,

          Defendant.

Civil Action No. 3:25-cv-00765

Judge Aleta A. Trauger

**ORDER**

Before the Court is the Parties' Joint Motion to Dismiss. The Court, having considered the motion and being otherwise fully advised in the premises, finds that the motion should be **GRANTED**.

1.     IT IS HEREBY ORDERED that the Joint Motion to Dismiss is **GRANTED**.

2.     IT IS FURTHER ORDERED that all claims and counterclaims asserted in this action are **DISMISSED WITH PREJUDICE**.

3.     IT IS FURTHER ORDERED that each Party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

4.     IT IS FURTHER ORDERED that the stipulated injunction entered by this Court at ECF No. 20, as extended by joint motion of the Parties on May 15, 2026, is hereby **DISSOLVED** and is of no further force or effect.

5.     IT IS FURTHER ORDERED that the $5,000.00 cash surety bond posted by Plaintiff Churchill Mortgage Corporation on July 16, 2026 (ECF No. 19) shall be **RELEASED** and **RETURNED** to Churchill Mortgage Corporation, together with any accrued interest. The

Clerk of Court is **DIRECTED** to disburse those funds to Churchill Mortgage Corporation through its counsel of record.

   6.  IT IS FURTHER ORDERED that the Clerk of Court is **DIRECTED** to close this case.

   **IT IS SO ORDERED.**

                 _____

                 ALETA A. TRAUGER
                 UNITED STATES DISTRICT JUDGE